UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Criminal No. 07-749 |
| HAMAD SIYAM | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendant Hamad Siyam (by Paul Condon, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendant shall file any motions no later than May 2, 2008;

IT IS FURTHER ORDERED that any reply to defendant's motions shall be filed no later than May 23, 2008;

IT IS FURTHER ORDERED that argument of any motions filed shall be June 4, 2008;

IT IS FURTHER ORDERED that the trial in this matter is set for June 23, 2008; and

IT IS FURTHER ORDERED that the period from March 20, 2008 through June 23, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 because (1) defendant has consented to the continuance and (2) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the

best interests of the public and the defendant in a speedy trial.

                                                                                                                 HON. DENNIS M. CAVANAUGH
                                                                                                                 United States District Judge