UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   Hon. Dennis M. Cavanaugh

v.                        :   Criminal No. 07-749

HAMAD SIYAM               :   SCHEDULING AND CONTINUANCE ORDER

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S. Attorney), and defendant Hamad Siyam (by Paul Condon, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendant shall file any additional motions no later than July 6, 2009;

IT IS FURTHER ORDERED that any reply to defendant's motions shall be filed no later than August 10, 2009;

IT IS FURTHER ORDERED that argument of any motions filed shall be August 17, 2009;

IT IS FURTHER ORDERED that the trial in this matter is set for September 14, 2009; and

IT IS FURTHER ORDERED that the period from June 8, 2009 through September 14, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the

United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

5/12/09

HON. DENNIS M. CAVANAUGH
United States District Judge