UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :        Hon. Dennis M. Cavanaugh

v.                          :        Criminal No. 07-749

HAMAD SIYAM                 :        <u>SCHEDULING AND CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lee Vartan and Jacob Elberg, Assistant U.S. Attorneys), and defendant Hamad Siyam (by Paul Condon, Esq.), for an order setting the trial schedule in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that the trial in this matter is set for December 6, 2010; and

IT IS FURTHER ORDERED that the period from October 13, 2010 through December 6, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 6, 2010

HON. DENNIS M. CAVANAUGH
United States District Judge