UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Criminal No. 07-749 |
| HAMAD SIYAM | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lee Vartan and Jacob Elberg, Assistant U.S. Attorneys), and defendant Hamad Siyam (by Paul Condon, Esq.), for an order setting the trial schedule in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that the trial in this matter is set for December 13, 2010; and

IT IS FURTHER ORDERED that the period from December 7, 2010 through December 13, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) motions from both the defendant and the Government remain pending; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: December 6, 2010

HON. DENNIS M. CAVANAUGH
United States District Judge