NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

          Plaintiff,

          v.

HAMAD SIYAM

          Defendant

**Hon. Dennis M. Cavanaugh**

## ORDER

Criminal No. 07-749 (DMC)

DENNIS M. CAVANAUGH, U.S.D.J.:

    This matter comes before the Court upon Defendant's motions for a mistrial after a jury verdict of guilty against Defendant.   After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

    IT IS this _23_ day of December, 2010;

    **ORDERED** Defendant's motion to have the Court declare a mistrial is **denied.**

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk
cc:         All Counsel of Record
            File