UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-749 (DMC) |
| | | Hon. Dennis M. Cavanaugh |
| vs. | : | |
| HAMAD SIYAM | : | <u>DETENTION ORDER</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Lee Vartan, Assistant United States Attorney, appearing), in the presence of Paul Condon, Esq., attorney for defendant Hamad Siyam, for an order pursuant to Title 18, United States Code, Section 3143 to detain defendant Siyam without bail pending sentencing in the above-captioned matter, and the Court having held a hearing thereon on March 7, 2011, the Court makes the following findings:

1. On December 16, 2010, a jury found defendant Siyam guilty of both counts of a two-count Superseding Indictment charging him with conspiring with others to possess stolen goods (Count 1) and possessing stolen goods (Count 2). The Court set sentencing for March 28, 2011, and the defendant was released on bail.

2. On or about January 13, 2011, defendant Siyam was arrested by federal law enforcement officers based on a Criminal Complaint, Mag. No. 11-4021, charging him with conspiring with others to possess stolen goods and money laundering. Defendant Siyam was detained by the Honorable Claire C. Cecchi, U.S.M.J., pursuant to Title 18, United States Code, Section 3142(d).

3. According to the Criminal Complaint, defendant Siyam was engaged in the conspiracy to possess stolen goods from in or about September 2010 through in or about December 2010.

4. Having engaged in conduct similar to that for which he stood trial and was convicted, namely, conspiring to possess stolen goods, the Court finds that defendant Siyam is a danger to the community.

IT IS, therefore, on this 16 day of March, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a), that defendant Siyam be committed to the custody of the Attorney General or his authorized representative pending sentencing; and it is further

ORDERED that the motion of the United States for an order detaining defendant Siyam without bail pending sentencing is hereby granted, and defendant Siyam is hereby ordered detained pending sentencing in the above-captioned matter.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge