NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>HAMAD SIYAM<br><br>Defendant | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Criminal No. 07-749 (DMC) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon application by Hamad Siyam ("Defendant") for an Order pursuant to Fed. R. Crim. P. 33(a), granting Defendant a new trial, or in the alternative, a judgment of acquittal pursuant to Fed. R. Crim. P. 29. After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this <u>31st</u> day of March, 2011;

**ORDERED** Defendant's application pursuant to Fed. R. Crim. Pro. 33(a) and Fed. R. Crim. Pro. 29 is **denied.**

S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            File